# EXHIBIT C

DATE FILED: August 2, 2021 9:23 AM
FILING ID: 24F4883AF9899
CASE NUMBER: 2021CV30866

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ADAMS<br>STATE OF COLORADO<br>1100 Judicial Center Drive<br>Brighton, CO  80601<br><br>Plaintiff:  CRYSTAL PACKAGING, INC.<br><br>v.<br><br>Defendant:  THE LIBMAN COMPANY, INC. | ▲ Court Use Only ▲ |
| Attorney for Plaintiff Crystal Packaging, Inc.<br>Scott A. Hale, Atty. Reg. No. 16527<br>SCOTT A. HALE, P.C.<br>3333 So.  Bannock St., Suite 1015<br>Englewood, CO 80110<br>Phone Number: 303-781-5558<br>Fax Number:  303-781-2501<br>sahale@integra.net | Case Number:<br><br>Division: |
| **COMPLAINT** | |

The Plaintiff Crystal Packaging, Inc. by and through its attorney, Scott A. Hale of Scott A. Hale, P.C. for its claims against Defendant The Libman Company, Inc. an Illinois Corporation allege as follows.

### THE PARTIES

1.  Crystal Packaging, Inc. ("Crystal"), is a Colorado Corporation located at 9155 Boston St., Henderson, CO  80640.

2.  The Libman Company, Inc. ("Libman") is an Illinois Corporation located at 1 Libman Way, Arcola, IL  61910.

1

## JURISDICTION AND VENUE

3. By virtue of the facts alleged herein, this Court has personal and subject matter jurisdiction over the parties and claims in this matter as Crystal entered into the contract in Adams County, Colorado and the place of performance was Adams County, Colorado.  Libman sells its products in various Colorado retail stores.

4. Venue is proper as the place of performance was located in Adams County, Colorado.

## GENERAL ALLEGATIONS

5. Crystal is a contract packager in the business of mixing, bottling and packaging chemicals into finished goods.

6. Libman is a wholesaler of cleaning and disinfectant products.  Libman is in the business of acquiring the right to use specific cleaning or disinfectant formulas to be produced, bottled and packaged by contract packagers.  Libman then sells the finished product to retail customers such as Walmart and Kroger for purchase and use by consumers across the United States.

7. Libman entered into a purchase agreement on October 12, 2020 with Crystal for the production, bottling and packaging of disinfectant in 32 ounce bottles.  A copy of the contract is attached as Exhibit "A".

8. The EPA certified formula for the disinfectant was obtained by Libman (licensee) from a third party licensor. (Innovasource).  Crystal was authorized by Innovasource to blend, bottle and package the disinfectant product.

9. The contract between Crystal and Libman provided for Crystal to produce and Libman to purchase 1 million units per month of 32 ounce bottles of disinfectant at $1.75 per unit, FOB Crystal shipping dock beginning January of 2021 and ending in April of 2021.

10. Pursuant to the terms of the contract Libman agreed to purchase the forecasted one million units per month regardless of its ability to sale the product to its customers. (Take or pay provision in contact).

11. This take or pay provision was a material part of the contract upon which Crystal relied in order to fund the purchase of equipment, infrastructure and inventory in order to produce the large volume of product for Libman.

12. In reliance on the take or pay provision and guaranteed volume of production Crystal turned away and did not pursue other business.

13. Libman issued a blanket purchase order and purchase order confirmation signed by both parties dated October 15, 2020. A copy is attached as Exhibit "B".

14. Upon information and belief Libman's customer (Walmart) backed out of its commitment to purchase a large volume of 32 ounce disinfectant product. Libman, based upon its customer's cancellation requested an accommodation to the Crystal/Libman purchase agreement. An addendum to the purchase agreement was drafted and signed by both parties on February 4, 2021. A copy is attached as Exhibit "C". Purchase orders associated with the addendum are attached as Exhibit "D".

15. The addendum reduced the overall volume from 4 million units to 3 million units and changed the monthly minimum of units produced and pricing. Libman agreed to take or pay for February, 2021 to June, 2021, 300,000 units per month at a unit price of $1.82, for July to September, 2021, 150,000 units per month at a unit price of $1.75, for October, 2021 until 3 million total units are produced, 50,000 units per month at a unit price of $1.47.

16. The addendum also provided for Libman to pay direct to Gould (supplier of Triggers) the cost associated with the trigger order.

17. Libman has failed to perform its obligation under the original purchase agreement and the addendum to purchase agreement.

18. Crystal has placed Libman on notice of its default for failure to take or pay for product produced and delivered, for failure to take or pay for monthly minimums.

19. As a result of Libman's acts, omissions and breaches, Crystal has sustained damages, including, for example, and without limitation, revenue from Libman's failure to pay for product delivered, revenue from product produced, but not delivered, revenue from mandatory monthly production minimums, lost profits, storage fees, lost business opportunities, infrastructure costs, interest, attorney's fees and litigation costs, among other damages, injuries and losses.

## FIRST CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

20. Crystal Incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

21. Crystal entered into a purchase agreement and addendum to the purchase agreement with Libman for the production of 32 ounce bottles of disinfectant.

3

22. Libman has materially breached the agreements by, among other things, as follows:

    (a)  failed to pay for product produced and delivered;

    (b)  failed to take or pay for product produced and warehoused at Crystal's facility;

    (c)  failed to take or pay for monthly minimum production levels;

    (d)  failed to pay late fees and storage costs;

    (e)  After a good faith effort by Crystal to request removal of product, Libman failed to remove purchased product materials and finished goods from Crystal's warehouse.

23. As a direct and proximate result of Libman's breach of contract, Crystal has been damaged in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF
## (UNJUST ENRICHMENT)

24. Crystal incorporates by reference the allegations contained in the foregoing paragraphs as if fully set forth herein.

25. The Defendant Libman received the benefits pursuant to the purchase agreement and addendum thereto.

26. The benefit received by Defendant Libman was at the Plaintiff's expense.

27. Under these circumstances it would be unjust and inequitable for this Defendant to retain the benefit without payment of the value received at the expense of Plaintiff, Crystal.

## THIRD CLAM FOR RELIEF
## (PROMISSORY ESTOPPEL)

28. Crystal incorporates by reference the allegation contained in the forgoing paragraphs as if fully set forth herein.

29. The Defendant Libman made a promise clear and unambiguous its terms for the purchase of 32 oz. bottles of disinfectant.

30. Crystal relied upon the promise.

31. The reliance was both reasonable and foreseeable.

32. As a result of Libman's failure to keep its promise Crystal has been damaged.

## PRAYER FOR RELIEF

WHEREFORE, Crystal request that judgment be entered against the Defendant Libman in an amount to be determined at trial as follows:

(a) For actual damages, cost of suit, fees for experts, attorney fees, interests as permitted by law from the date of occurrence to the date of entry of judgment, as well as post judgement interest until paid;

(b) For revenue from mandatory minimums under the take or pay provision;

(c) For lost profits and loss of business opportunities;

(d) For expenses and costs associated with the purchase of equipment inventory and infrastructure;

(e) Storage fees for finished product and inventory as well as disposal fees.

(f) For such other and further relief the Court deems appropriate.

Respectfully submitted this *20* day of July, 2021

SCOTT A. HALE, P.C.

Scott A. Hale, #16527
SCOTT A. HALE, P.C.
3333 S. Bannock St., Ste. 1015
Englewood, CO 80110
(303) 781-5558
*Attorney for Plaintiff*

EXHIBIT A

DATE FILED: August 2, 2021 9:23 AM
FILING ID: 24F4883AF9899
CASE NUMBER: 2021CV30866

## PURCHASE AGREEMENT

This PURCHASE AGREEMENT ("Agreement") is dated as of the __12th__ day of October 2020, by and between The Libman Company, an Illinois Corporation ("Buyer"), and Crystal Packaging, Inc., a Colorado Corporation ("Seller").

### Background

Seller is in the business of mixing and selling chemicals ("Business").

Seller desires to sell mixed chemicals in 32 oz. trigger sprayers bottle (Finished Goods) and Buyer desires to purchase such chemicals, on the terms and conditions set forth in this Agreement. Seller will ship directly to Buyer's customers or directly to Buyer as required.

Buyer and Seller have a shared interest to establish terms with a selection of vendors who can supply the raw chemicals and materials required to assemble the Finished Goods.

### Terms

In consideration of the mutual covenants contained in this Agreement, Seller and Buyer agree to the following:

1. Buyer to communicate set up for labels and shipping requirements to Seller.
2. Buyer must provide approved label and print standards.
3. Buyer to review and approve bottle and trigger to be used for product with Seller.
4. Seller shall provide, and Buyer will arrange freight for 1,000,000 units or approx. 166,667 cases per month.
5. Buyer will issue a "blanket PO" for the term of January 2021 through April 2021 with Net 30 day payment terms.
6. Seller will produce product and ship product from 9155 Boston St.; Henderson, CO 80640.
7. Seller will coordinate with Buyer to notify Buyers Customer when items are shipped.
8. Seller will be responsible for palletizing product and labeling pallets to Buyer's customer's requirements.
9. Seller will sell products for $1.75 each to Buyer, FOB Shipping Point.
10. Should Buyer's customer not purchase the forecasted monthly units specified above, Buyer will purchase any remaining units.
11. Seller will procure all the necessary ingredients to supply Buyer with required units as outlined in Seller's Crystal_Libman Proposal_201008.pdf, which is included and becomes part of this contract.
12. After Seller's establishment of terms with vendors, Seller and Buyer shall put forth a good faith effort to establish a contract packaging contract.

1

By signing below, both the Buyer and Seller agree to the terms of this Agreement and that those signing are authorized to do so.

Accepted by:

CRYSTAL PACKAGING, INC.

By: _____

Date: 10/15/20

THE LIBMAN COMPANY

By: _____

Date: 10/12/2020

2



Proposal for:



# Updated Proposal for Turnkey Disinfectant Production in 32 Ounce Bottles

Submitted By: Hank Jenkins

Crystal Blending and Packaging, Inc.
9155 Boston Street
Henderson, CO 80640

Customer Initials ⟨DM⟩

Hank Jenkins
Sales and Marketing Director
Crystal Packaging, Inc.
9155 Boston Street
Henderson, CO 80640

October 8, 2020

Mr. Andrew Libman
Ms. Donna Hobbs
Libman, Inc.
The Libman Company
1 Libman Way
Arcola, IL 61910

Re: Updated proposal for Turnkey Innovasource Disinfectant Production for 32 Ounce
Bottles (Libman Product No. 1415).

Dear Andrew and Donna,

Crystal Packaging, Inc. (CPI) is pleased to present the updated enclosed proposal for
the Libman Company's (Customer) consideration for your Innovasource disinfectant line
in 32 oz. bottles. This proposal outlines CPIs scope of work including clarifications and
exceptions.

This proposal is for a turnkey scope of work to produce and bottle Innovasource's EPA
approved disinfectant. Generally, CPI will source and manage all raw and packaging
materials, and labor to fill, box and palletize the product. Customer to provide artwork
and transportation in full truckload quantities from CPI dock. Please note that, due to the
scale of the project and pending terms negotiations with suppliers, Crystal most likely will
require a down payment of TBD amounts and schedule depending on our ongoing
negotiations with vendors. Our finance team is prepared to credit future invoices against
this balance to offset the deposit.

Innovasource will provide formulas and stability testing on water and completed product
samples. Because of Innovasource's relationship to and participation in this project,
please note that we are copying them on this proposal, with all pricing information
redacted.

CPI greatly appreciates the opportunity to put forward this proposal. CPI understands that Libman is initially requesting 1m units/month of each size for four months and that the project anticipated start timeframe is as soon as possible, but no later than January, 2021. Due to our equipment capacity and previous contractual obligations, at this time, we anticipate being able to provide the following line time capacities:

1. 6x32 oz via existing and a newly installed lines - 1m quart bottles per month for four(4) months; production start in January.

Included in our proposal are:

1. About CPI ................................................................................................4
2. Scope of Work and Finished Product ...................................................4
3. Delineation of Responsibilities ............................................................6
4. Plant Upgrade and Production Schedule ..............................................8
5. Pricing Table and Terms .....................................................................8
6. Clarifications and Agreements .............................................................9
Appendix A – Product Information ..........................................................10

CPI is truly excited to work with you on Libman's disinfectant products. As experts in the liquid blending and packaging industry, CPI is confident that we can exceed your expectations as a business partner. Please call if you have any immediate questions. Otherwise, I will follow up with you shortly.

If you would like to move ahead with the project, please initial, sign, date, and electronically return the proposal. We'll also request a PO as soon as possible, so that we can lock in our supply chain. I can then contact you with information on next steps for setting up an account with Crystal and establishing a co-packaging contract.

Sincerely,

Hank Jenkins
Sales and Marketing Director

Attachments: Proposal
Cc: Andy Fay, Innovasource, Inc. – Pricing redacted.

Customer Initials ⟨A⟩

# 1. About CPI

Crystal Packaging, Inc. is the leading specialty chemical and petroleum contract packager in the Rocky Mountain Region. As a privately-owned manufacturer, our vision is to be our Customer's premier supply chain partner. We specialize in:

- Contract packaging from 2  once to 2.5 gallon containers.
- Toll blending and bulk storage for organic and inorganic fluids.
- Base and synthetic oils.
- Glycols, antifreeze, heat transfer fluids and aircraft de-icer.
- Windshield wash.

With our 600 sq. ft. laboratory, large-scale facility and 150+ year of experience, we are confident that we can exceed your blending and packaging expectations.

# 2. Scope of Work and Finished Product

The following section outlines project inputs, outputs and responsibilities. CPI will generally provide:

1. Product Inbounding
   a. Enter the Innovasource formula in our batching software.
   b. EHS review of chemicals and handling procedures.
   c. Pilot test batch, confirmed to Innovasource specs.
   d. Submit water, test batch or initial run product and bottle test batch to Innovasource for stability testing.
   e. Complete Libman Packaging Specification Sheet
2. Facility/Infrastructure
   a. Upgrades to include but not limited to:
      i. Passivate 28K gallon stainless-steel tank and other stainless-steel equipment in contact with the solution.
      ii. Add PVC pipe runs from tank to filling systems.
      iii. Reconfigure Metabox system to handle 4x1 cases.
   b. Innovasource Licensing
      i. CPI certifies that the company is an Innovasource approved manufacturer.
      ii. CPI will be paying all product specific licensing fees to Innovasource
3. Source and hold:
   a. Innovasource specified raw materials in drum, totes and bulk.
   b. Packaging
      i. Clear PET 32 oz. trigger sprayer bottles and vented white trigger sprayer, bottle front and rear label and 6 x 32 oz. boxes pre-printed with case labels.
      ii. Pallets and wrapping materials.
   c. Stage all raw and packaging materials prior to production.

Customer Initials

    4. Blend and Package
        a. Provide a Job Aid defining product output for Customer review and signature prior to first runs.
        b. Complete Libman provided Packaging Specification form to match Job Aid content.
        c. Blend, label, bottle, cap, box and palletize per job aid.
        d. Batch code each bottle with code and date.
        e. Provide case markings on box.
    5. QA/QC
        a. Visually inspect finished product for appropriate look and feel compared to SDS description.
        b. Use Innovasource approved methodology to confirm hydrogen peroxide content is within Innovasource range.
        c. Retains
            i. Retain an 8 oz batch sample and hold at CPI for 12 months.
            ii. Retain one 32 oz and one gallon bottle every two (2) weeks and send to Innovasource quarterly for random quality checks.

**Customer will generally provide:**
1. Label artwork, suitable to CPI's packaging equipment and label vendor.
2. Include front and back view photos or image of bottle as well as case label placement.
3. Stacking pattern suitable for 40 x 48" pallet.
4. Approval of Crystal Supplied Job aid.
5. One "Blanket" PO for the term of January 2021 through April 2021.
6. Transportation and coordination from CPI's docks.
7. The purchase of 1m units/month, if monthly orders fall less than the 1m units.

**Order Size and Volume**
1. Minimum order size – One truckload of 1415.
2. Anticipated Volume
        a. 32 oz. unit ~ 1m units/month - January through April, 2021.

**Assumptions**
1. The above figures are CPI's anticipated output. CPI may adjust output volumes slightly downward, based on how the product interacts with our equipment (i.e. foaming, etc.) or upward, based on gained experience handing the product.
2. Any pricing is based on maintaining the above Order Volumes.
        a. Volumes post April are TBD but anticipated to be at least 10% - 25% of initial volumes.
3. CPI's test samples continue to meet Innovasource's quality requirements.
4. Production cannot be scheduled without a PO.

**Pricing Exclusions**
1. Mixed pallets of other products.
2. Raw material testing prior to blending.

Customer Initials ___

## 3. Delineation of Responsibilities

This section outlines the delineation of responsibilities for each party.

| Item | Description | CPI | Customer | Innova-source | NA |
|---|---|---|---|---|---|
| | **Delineation of Responsibilities** | | | | |
| | **Account/Project Set Up** | | | | |
| 1. | Account Set Up Docs — Tax status, company info, credit application. | | x | | |
| 2. | Confidentiality or Non-Disclosure Agreement | x | x | | |
| 3. | Insurance — Umbrella, product liability at a minimum | x | x | x | |
| 4. | Formulary, mixing instructions and testing specification range. | | | x | |
| 5. | Product artwork, layout, fill weight and stacking pattern for Job Aid | | x | | |
| 6. | CPI and Customer to review and sign Job Aid | x | x | | |
| 7. | Initial run product volume estimate | x | x | | |
| 8. | EHS Requirements — Raw Material SDS. | x | | x. | |
| 9. | Tank or line material of construction requirements | .x | | x. | |
| 10. | Shipping classification for all applicable quantities | | x | x | |
| 11. | Estimated maximum pallets per truckload | | x | | |
| | | | | | |
| | **Product Onboarding** | | | | |
| 1. | Set up accounts with raw and material vendors | x | | | |
| 2. | Supply bench sample materials | x | | x | |
| 3. | Create bench sample | x | | | |
| 4. | Confirm bench sample within Innovasource specs | x | | x | |
| | | | | | |
| | **Plant Reconfiguration** | | | | |
| 1. | Line, tank and unloading redesign plan | x | | | |
| 2. | Passivate 28k gallon stainless steel tank | x | | | |
| 3. | Supply new PVC lines | x | | | |
| 4. | Remove reconfigured line at the end of order | x | | | |
| 5. | Create new product handling procedure | x. | | | |
| 6. | Test run a few pallets using new blending system, process, raws and direct materials | x | — | | |
| 7. | Provide initial run sample to Innovasource for stability testing | x | | x | |
| 8. | Initial wash out test | x | | | |
| | | | | | |
| | **Sourcing and Production** | | | | |
| 1. | Provide Blanket PO for 4m units and Libman Customer orders in full truckload quantities. | | x | | |
| 2. | Raw materials specified in Innovasource formula | x | | | |
| 3. | Raw materials ordered by Customer | | | | .x |
| 4. | Raws to arrive by Rail | | | | x |
| 5. | Raws to arrive by Truck | x | | | |

Customer Initials _____

| Delineation of Responsibilities | | | | |
|---|---|---|---|---|
| Item | Description | CPI | Customer | Innova-source | NA |
| 6. | Raws to arrive by pail, drum or tote | x | | | |
| 7. | Offload product | x | | | |
| 8. | Raws metering to be documented by BOL | | | | x |
| 9. | Raws Sampling | | | | x |
| 10. | Boxes (6x32) Industry standard, pre-printed. | x | | | |
| 11. | Bottles – clear PET 32 oz trigger sprayer industry standard as readily available | x | | | |
| 12. | Closure – Industry standard white, non-CR, vented cap for gallons; white, trigger sprayer, Vented, industry standard, as readily available. | x | | | |
| 13. | Labels – front and back for 32 oz. bottle | x | | | |
| 14. | Other – hang tag, orifice reducers, box partitions | | | | x |
| 15. | Packaging Line - TBD | x | | | |
| 16. | Packaging Line - TBD | x | | | |
| 17. | Manual Packaging | | | | x |
| 18. | Raw cleanout | | | | x |
| 19. | Line cleanout | x | | | |
| 20. | Empty totes/drums removed from CPI property after run. | x | | | |
| | | | | | |
| **Packaging and Palletizing** | | | | | |
| 1. | Stacking Plan – Factory standard | | x | | |
| 2. | Palletizing - Factory standard 40 x 48" pallet and stretch wrap; customer pallet label as required. | x | | | |
| 3. | Other Packaging Service 1 | | | | x |
| 4. | Other Packaging Service 2 | | | | x |
| 5. | Corner boards | | | | x |
| 6. | International pallet | | | | x |
| 7. | Inspection and pre-shipment documentation | x | | | |
| | | | | | |
| **Warehousing and Transportation** | | | | | |
| 1. | Bill of Lading | x | | | |
| 2. | Temporary warehouse storage prior to shipment | x | | | |
| 3. | Forklift service into Customer supplied trucks | x | | | |
| 4. | Load trucks | | | | x |
| 5. | Load rail car | | | | x |
| 6. | Specialty load (nitrogen) | | | | x |
| 7. | Warehouse lease agreement | | | | x |
| 8. | Cross Dock | | | | x |
| 9. | LTL Load | | | | x |
| 10. | Sole Load | | | | x |
| 11. | Notification of product issue - As soon as practicable, on realization of an issue by any party in the distribution channel. | | x | | |

Customer Initials 

| Delineation of Responsibilities | | | | | |
|---|---|---|---|---|---|
| Item | Description | CPI | Customer | Innova-source | NA |
| Project Termination | | | | | |
| 1. | Tank and line cleanout | x | | | |
| 2. | Reconfigure production lines to original layout | x | | | |
| 3. | Purchase and remove all unused raws and materials | | | | x |
| 4. | Unclaimed Product Disposal Agreement – Sell or Dispose | x | x | | |

## 4. Plant Upgrade and Production Schedule

1. Plant Upgrades - With receipt of a PO, plant upgrades can be ready in ~10 weeks;
2. Once all materials are in house and line reconfiguration is under way, CPI can issue an anticipated production schedule.
3. Customer to arrange for shipping for 1-2 business days after anticipated offline date.

## 5. Pricing Table and Terms

| Product | Cost |
|---|---|
| Product Inbounding | No Charge |
| Plant Reconfiguration | No Charge |
| One 32 Ounce Packaged Spray Bottle of Disinfectant | $1.75 |

FOB CPI; Excludes any taxes if applicable.

Terms – Net 30. CPI respectfully requests a deposit(s) to fund the initial materials purchase (amount and timing TBD, based on supplier requirements).

Donna Hobbs

Title: VP. Accounting

The Libman Company

Date 10/14/2020

Hank Jenkins

Sales and Marketing Director

Crystal Packaging, Inc.

Date 10/15/2020

## 6. Clarifications and Agreements

1. Quote is based on standard working hours 7a-3:30p, Mon-Friday.
2. Shipping/receiving hours are 7:30a-2:30p, M-F. Loads outside of these hours or without bill of lading and/or accurately labelled products may be refused.
3. Unless specified in this proposal, CPI will retain 8 ounce batch production run samples for 12 months after production date.
4. Proposal pricing is valid for 15 days. If accepted, CPI reserves the right to periodically review pricing based on changes in CPI supplied direct materials or raws, formulations, labor, overtime, changes in Assumptions and/or unforeseen blending issues. CPI will make a good faith effort to avoid or minimize cost changes, and will not request/make any price increases discussion with the Customer. If there are any conflicts between proposal and a contract, the proposal shall take precedence.
5. Line time disclaimer – in an effort to treat all of our blending partners fairly, if any Customer supplied goods or requests delay CPI's production schedule, CPI will use a good faith effort to maintain the Customer's schedule; but there may be instances where this order loses precedence to completely supplied orders or previously scheduled orders. Customer must provide sufficient lead time, as determined by CPI, in order to meet certain delivery dates.
6. If Customer's product is left in CPI's warehouse for longer than three weeks after Customer notification of order completion, CPI may, at their sole discretion, charge the Customer rent for the applicable storage space; sell the product on the open market or dispose of the product. If disposal, Customer will be billed for the disposal cost. CPI will use good faith efforts to communicate with Customer to avoid this any of the above situations.
7. Custom raw and materials – NA
8. Use of Crystal's stainless-steel tank is at Crystal's sole discretion which will be based on product throughput in the tank. Crystal will provide a good faith effort to provide ample notice if low product demand necessitates discontinuing Customer tank usage.
9. Upon execution of this proposal, CPI and Customer will use good faith efforts to create a blending contract. This proposal will be included in and made part of the blending contract.

Customer Initials

## Appendix A – Product Information

Pallet Configuration

| Pallet Configuration | 32oz Spray Bottle (1415) |
|---|---|
| Cases per Pallet Layer | 19 |
| Layers per Pallet | 4 |
| Cases per Pallet | 76 |
| Finished Pallet Dimensions | 38.25" L x 36.09" W x 52.5" H |
| Pallet Weight | 1,190 lbs |
| Units per pallet | 456 |
| Pallets per container | 30 |
| Units per TL | 13680 |
| Weight per TL | 35700 |
| Volume per TL | 1266.2 |

Stacking Plan



No. 1415 Labels

 

October 8, 2020

Customer Initials DH

EXHIBIT B



# PURCHASE ORDER: 126292

DATE FILED: August 2, 2021 9:23 AM
The Libman Company
FILING ID: 883AF9899
Libman Way
CASE NUMBER: 2021CV30866
Aroola, IL 61910

| Supplier | : | CRYSTAL PACKAGING, INC<br>9155 BOSTON STREET<br><br>HENDERSON, CO<br>USA<br><br>3344 | Delivery<br>address | : | The Libman Company<br><br>220 N. Sheldon<br>Aroola, IL 61910<br><br>(217) 268-4200 |

This Purchase number must appear on all correspondence, invoices, packages, labels and shipping paperwork.

| Order date | Terms | Buyer | Freight Terms | Shipping Instructions |
|---|---|---|---|---|
| 10/09/20 | NET 30 DAYS | JOHN VANDEVEER | PICKED UP | |

| Line. | Stock code | Description | Quantity | Uom | Due Date | Unit price | Gross amount |
|---|---|---|---|---|---|---|---|
| 1 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN | 166667 | CS | 01/04/21* | 10.50000 | $1750003.50 |
| 2 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN | 166667 | CS | 02/02/21* | 10.50000 | $1750003.50 |
| 3 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN | 166667 | CS | 03/02/21* | 10.50000 | $1750003.50 |
| 4 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN | 166667 | CS | 04/02/21* | 10.50000 | $1750003.50 |

\* Ser. PO Confirmation

Please complete the attached confirmation form and email it to jvandeveer@libman.com, or fax it to 217-303-8647.
For purchase orders with future release dates, pre-authorization must be received prior to any shipment beyond the initial release.
Please contact your representative at The Libman Company for approval.
A delivery appointment must be made at least 24 hours prior to shipment for all FTL deliveries. Appointments can be made by calling
217-268-3148. For LTL, the carrier name and PRO number must be emailed to Freight@libman.com at the time of shipment.
Failure to comply may result in the refusal of the shipment and/or a penalty of $100. When freight is paid by Libman, rate approval must
be given by the Libman traffic department.
Every inbound shipment must include a complete Packing List. Email or fax the Bill of Lading and invoice at the time of shipment.
All documents must reference the appropriate Purchase Order number and Libman item number. All cartons must be marked with the correct
Libman item number.
Shipments that do not meet these requirements are subject to a $100 penalty per violation.

Contact the Libman Company Traffic Department for Routing Instructions
(ie, Freight line, Ship date etc.) prior to shipment. Any excess freight charges
will be deducted from the invoice, freight@libman.com. (Please provide ship
address, weight, dimension, # of pkgs) For all shipments with a ship date on
or after July 1, 2018, weighing 100 lbs or more, or shipping via Less than
Truckload (LTL), please contact the Libman/JLS Routing Center for routing
instructions @ 833-251-8733 or Libman@larratiologistics.com

| Total gross | : | 7000014.00 |
|---|---|---|
| Total discount | : | 0.00 |
| Total freight | : | 0.00 |
| Total misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 7000014.00 |



**Purchase Order Confirmation**

The Libman Company      •      1 Libman Way      •      Arcola, IL 61910

Purchase Order (PO) # _126292_

Supplier _Crystal Packaging, Inc._

Date _10/15/20_

Complete this Purchase Order Confirmation (Confirmation) and email this Confirmation to your
Libman purchasing contact or fax to 217-303-8647 on or before _October 18_____, 2020 confirm
acceptance of the purchase order referenced herein.

Please evaluate the [attached] purchase order (PO number shown above) and confirm the PO
items below. Place a checkmark in each box to indicate each has been carefully reviewed and
approved.

Terms ☑

Pricing ☑

Quantities ☑

Dates (approved as achievable) ☑   *"Total units to be produced throughout
month in October as Due Date." AH 10/15/20*

If any of the above items cannot be confirmed, please indicate the reason why. Once confirmed
by execution and return of this Confirmation to The Libman Company (Libman), any deviation
could, at the sole option of Libman, result in penalty of $100 per violation and liability to Libman
for Supplier's default under the PO and this Confirmation. Libman reserves the right to increase
the amount of the penalty for repeat occurrences.

Every inbound shipment must include a complete packing list. Supplier must email or fax the bill
of lading and invoice at the time of shipment. All documents must reference the appropriate PO
and item numbers. Failure to meet any of these criteria will result in a $100 penalty for each
occurrence. Please contact your Libman representative for any additional information.

Libman requires not less than 60 days written notice of any price changes with respect to future
purchase orders.

~~In the event of Supplier's default under the PO or this Confirmation, Supplier shall be liable to~~
~~Libman for all damages, court costs and attorneys' fees incurred by Libman.~~ *AH 10/15/20 to be addressed
in the contract Agreement(s).*

All terms and conditions contained in the above referenced PO are approved and incorporated by
reference in this Confirmation.

_____
Signature of Supplier's Authorized Representative

_Howie Jenkins   Sales & Marketing Director_
Printed Name (Supplier's Authorized Representative)

*This PO Confirmation is subject to and includes the terms
contained in the Crystal-Libman Proposal 201008.pdf, and Purchase
Agreement Dated 10/12/20. AH 10/15/20*

# EXHIBIT C

Addendum to Libman/Crystal Purchase Agreement, executed 10/15/20 (PA).

1/25/21v3

Updates in red.

Unit = One completed 82 ounce bottle of product.

DATE FILED: August 2, 2021 9:23 AM
FILING ID: 24F4883AF9899
CASE NUMBER: 2021CV30866

From the Terms Section, Page 1

Item 4. and Item 9. will be struck and replaced with the following production and pricing schedule.

1. Minimum monthly units and pricing

| Months | Units/Month | $ Per Unit |
|---|---|---|
| February to June 2021 | 300,000 | $1.82 |
| July to September 2021 | 150,000 | $1.78 |
| October 2021 – until ?m units are met | 50,000 | $1.47 |

2. Crystal and Libman agree to approach Gould so that Libman can pay Gould directly for the "third million (1,012,500 units, represents 25% of the total trigger order) triggers for a total of $284,513 as shown in the table below by S.Gould invoices.  Balance for these triggers will become due when they leave China, or are invoiced by Gould, whichever event occurs first. Libman will own the triggers required complete the 3 million unit Crystal order.

| | S. GOULD INVOICES | | | | Remaining Balance | |
|---|---|---|---|---|---|---|
| Number | Trigger | $ Per Unit | Total | | $ DUE | Trigger |
| 10192020A | 1,350,000 | $0.28 | 379,350 | | 189,675 | 675,000 |
| 10192020B | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| 10192020C | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| 10192020D | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| | 4,050,000 | | 1,138,050 | | 569,025 | 2,025,000.00 |

| Remaining Balance Ownership | | | | | | |
|---|---|---|---|---|---|---|
| Libman | | | | | $284,513 | 1,012,500 |
| TBD | | | | | $284,513 | 1,012,500 |

*Page 1 of 2*

Addendum to Libman/Crystal Purchase Agreement, executed 10/15/20 (PA).

1/29/21v3

Updates in red.

Unit = One completed 32 ounce bottle of product.

From the Terms Section, Page 1

Item 4. and Item 9. will be struck and replaced with the following production and pricing schedule.

1.  Minimum monthly units and pricing

| Months | Units/Month | $ Per Unit |
|---|---|---|
| February to June 2021 | 300,000 | $1.82 |
| July to September 2021 | 150,000 | $1.78 |
| October 2021 - until 3m units are met | 50,000 | $1.47 |

2.  Crystal and Libman agree to approach Gould so that Libman can pay Gould directly for the third million (1,012,500 units, represents 25% of the total trigger order) triggers for a total of $284,513 as shown in the table below by S.Gould invoices.  Balance for these triggers will become due when they leave China, or are invoiced by Gould, whichever event occurs first. Libman will own the triggers required complete the 3 million unit Crystal order.

| | S. GOULD INVOICES | | | | Remaining Balance | |
|---|---|---|---|---|---|---|
| Number | Trigger | $ Per Unit | Total | | $ DUE | Trigger |
| 10192020A | 1,350,000 | $0.28 | 379,350 | | 189,675 | 675,000 |
| 10192020B | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| 10192020C | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| 10192020D | 900,000 | $0.28 | 252,900 | | 126,450 | 450,000 |
| | 4,050,000 | | 1,138,050 | | 569,025 | 2,025,000.00 |

Remaining Balance
Ownership

| | | | | | | |
|---|---|---|---|---|---|---|
| Libman | | | | | $284,513 | 1,012,500 |
| TBD | | | | | $284,513 | 1,012,500 |

*Page 1 of 2*

3. Crystal will arrange and pay for trigger shipping from Reno and storage at Crystal's Henderson, CO facility as each container is ready to ship from Reno.

4. Crystal will return the full $902,500 deposit when the 3 million units are met at the pricing outlined in item 1.

5. Crystal, Innovasource and Libman will agree to put forward a good faith effort to find third party customers to sell/use the final 1 million triggers at $0.281/trigger, FOB Reno. If necessary, Crystal will provide transportation and storage for the final 1 million units at Crystal's facility. If Crystal, Innovasource and Libman cannot sell the triggers prior to Gould's invoicing, parties agree to continue negotiations to come to a mutually agreeable outlet/disposal for any remaining triggers. Current estimates for Gould's final 1m trigger billing is ~late March/April, 2021.

6. All other PA terms, conditions, etc. remain the same and in effect. *If crystal is (AL 2/4) sold to another owner during this contract period all aspects of the contract will transfer to new owner* *(BJ 2/4)*

_____                           _____
Andrew Libman                                     for Scott Vincent
President, The Libman Company                     Scott Vincent
                                                  President, Crystal Packaging, LLC

    2/4/21                                            2/4/21
_____                           _____
Date                                              Date

*7, Libman reserves the right in any given month to pay in full the minimum order quantity due, but delay shipment on any portion of the minimum quantity and have it shipped at a later date, per Libman's request.*

*(AL 2/4/20)* *(BJ 2/4/21)*

Page 2 of 2

EXHIBIT D



**PURCHASE ORDER: 126292**

DATE FILED: August 2, 2021 9:23 AM
FILED ID: 24568832AF9899
The Libman Company
CASE NUMBER: 2021CV30866
Arcola, IL 61910

| Supplier | : | CRYSTAL PACKAGING, INC<br>9155 BOSTON STREET<br>HENDERSON, CO<br>USA<br>3344 | | Delivery<br>address | : | The Libman Company<br>220 N. Sheldon<br>Arcola, IL 61910<br>(217) 268-4200 |
|---|---|---|---|---|---|---|

This Purchase number must appear on all correspondence, invoices, packages, labels and shipping paperwork.

| Line | Stock code | Description | Quantity | Uom | Due Date | Unit price | Gross amount |
|---|---|---|---|---|---|---|---|
| 3 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 50000 | CS | 03/12/21 | 10.92000 | $546000.00 |

Removed line 1 for January's quantity of 166,667
Total on this PO is 600,001 cases,12/04/20 JVANDE

Removed line 2 for February's quantity of 166,667 cases,
Revised line 3 to 200k CS(Mar-Jun@300k each/month)$ increase 10.50 to 10.92/CS
Removed line 4 for April's quantity of 166,667 cases.
Quantity will be placed on new PO's (127089,127323,127324,127325, etc.)03/10/21 JVANDE

| 30 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 50000 | CS | 04/30/21 | 10.92000 | $546000.00 |
| 31 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 50000 | CS | 05/30/21 | 10.92000 | $546000.00 |
| 32 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 50000 | CS | 06/30/21 | 10.92000 | $546000.00 |

Added Lines 30,31, and 32, Broke up line 3 into four separate lines, 03/10/21 JVANDE

# PURCHASE ORDER: 128282

The Libman Company
1 Libman Way
Arcola, IL 61910



Please complete the Page 2 of attached confirmation form and email it to /vandeweer@libman.com, or fax it to 217-303-6647,

For purchase orders with future release dates, pre-authorization must be received prior to any shipment beyond the initial release.

Please contact your representative at The Libman Company for approval.

Supplier will be notified of any defective or non-conforming product and will issue a credit for any product agreed for disposition or return for rework. Freight costs and any replacement product delivered will be the Supplier's expense. Any additional costs associated directly as a cause of the defect will be reimbursed to Libman.

Every inbound shipment must include a complete Packing List. Email or fax the Bill of Lading and invoice at the time of shipment. All documents must reference the appropriate Purchase Order number and Libman item number. All cartons must be marked with the correct Libman item number.

**DELIVERY INSTRUCTIONS:**
Appointments must be made at least 24 hours prior to shipment for all Full Truck Load deliveries by calling 217-268-2149.

**ROUTING INSTRUCTIONS:**
Shipments weighing 100lbs or more or shipping via Less than Truckload (LTL), please
contact Libman@arreldigistics.com or 833-251-6735.
For all other transportation modes, please contact freight@libman.com.
(ship address, weight, dimensions, # of packages will be required)

| | | |
|---|---|---|
| Total gross | : | 2164000.00 |
| Total discount | : | 0.00 |
| Total freight | : | 0.00 |
| Total misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| **Total net amount** | : | **2164000.00** |

NOTE: Any excess freight charges will be deducted from the invoice.
Freight paid by Libman requires approval by the Libman traffic department before shipment.

Shipments that do not meet these requirements are subject to a $100 penalty per violation.



**PURCHASE ORDER: 127323**

The Libman Company
1 Libman Way
Arcola, IL 61910

| Supplier | : | CRYSTAL PACKAGING, INC<br>9155 BOSTON STREET<br><br>HENDERSON, CO<br>USA<br><br>3344 | Delivery<br>address | : | The Libman Company<br><br>220 N. Sheldon<br>Arcola, IL 61910<br><br>(217) 268-4200 |

This Purchase number must appear on all correspondence, invoices, packages, labels and shipping paperwork.

| Line | Stock code | Description | Quantity | Uom | Due Date | Unit price | Gross amount |
|------|-----------|-------------|----------|-----|----------|-----------|--------------|
| 1 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 25000 | CS | 07/31/21 | 10.68000 | $267000.00 |
| 2 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 25000 | CS | 08/31/21 | 10.68000 | $267000.00 |
| 3 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 25000 | CS | 09/30/21 | 10.68000 | $267000.00 |

Quantity of 75,000k (450k bottles) pulled from PO 126292.
Price changed from 10.50 on PO 126292 to 10.68 on this PO. 03/10/21 JVANDE

Please complete the Page 1 of attached confirmation form and email it to jvandeveen@libman.com, or fax it to 217-303-8847.
For purchase orders with future release dates, pre-authorization must be received prior to any shipment beyond the initial release.
Please contact your representative at The Libman Company for approval.

Supplier will be notified of any defective or non-conforming product and will issue a credit for any product agreed for disposition or return for rework. Freight costs and any replacement product delivered will be the Supplier's expense. Any additional costs associated directly with a cause of the defect will be reimbursed to Libman.

Every inbound shipment must include a complete Packing List. Email or fax the Bill of Lading and Invoice at the time of shipment. All documents must reference the appropriate Purchase Order number and Libman item number. All cartons must be marked with the correct Libman item number.

DELIVERY INSTRUCTIONS:
Appointments must be made at least 24 hours prior to shipment for all Full Truck Load deliveries by calling 217-268-2146.

ROUTING INSTRUCTIONS:
Shipments weighing 100lbs or more or shipping via Less than Truckload (LTL), please
contact Libman@jarrettlogistics.com or 833-251-5733.
For all other transportation modes, please contact freight@libman.com.
(Ship address, weight, dimensions, # of packages will be required.)

NOTE: Any excess freight charges will be deducted from the invoice.
Freight paid by Libman requires approval by the Libman traffic department before shipment.

Shipments that do not meet these requirements are subject to a $100 penalty per violation.

| Total gross | : | 801000.00 |
| Total discount | : | 0.00 |
| Total freight | : | 0.00 |
| Total misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 801000.00 |



**PURCHASE ORDER: 127324**

The Libman Company
1 Libman Way
Arcola, IL  61910

| Supplier : | CRYSTAL PACKAGING, INC |  | Delivery address | The Libman Company |
|---|---|---|---|---|
|  | 9155 BOSTON STREET |  |  | 220 N. Sheldon |
|  | HENDERSON, CO |  |  | Arcola, IL  61910 |
|  | USA |  |  | (217) 268-4200 |
|  | 3344 |  |  |  |

This Purchase number must appear on all correspondence, invoices, packages, labels and shipping paperwork.

| Line | Stock code | Description | Quantity | Uom | Due Date | Unit price | Gross amount |
|---|---|---|---|---|---|---|---|
| 1 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 10/29/21 | 8.82000 | $73505.88 |
| 2 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 11/29/21 | 8.82000 | $73497.06 |
| 3 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 12/29/21 | 8.82000 | $73497.06 |
| 4 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 01/31/22 | 8.82000 | $73505.88 |
| 5 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 02/28/22 | 8.82000 | $73497.06 |
| 6 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 03/31/22 | 8.82000 | $73497.06 |
| 7 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 04/30/22 | 8.82000 | $73505.88 |
| 8 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 05/31/22 | 8.82000 | $73497.06 |
| 9 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 06/30/22 | 8.82000 | $73497.06 |
| 10 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 07/31/22 | 8.82000 | $73505.88 |
| 11 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 08/30/22 | 8.82000 | $73497.06 |
| 12 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 09/30/22 | 8.82000 | $73497.06 |
| 13 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 10/31/22 | 8.82000 | $73505.88 |
| 14 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 11/30/22 | 8.82000 | $73497.06 |
| 15 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 12/31/22 | 8.82000 | $73497.06 |
| 16 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 01/31/23 | 8.82000 | $73505.88 |



**PURCHASE ORDER: 127324**

The Libman Company
1 Libman Way
Arcola, IL 61910

| 17 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 02/28/23 | 8.82000 | $73497.06 |
| 18 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 03/31/23 | 8.82000 | $73497.06 |
| 19 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8334 | CS | 04/30/23 | 8.82000 | $73505.88 |
| 20 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 05/31/23 | 8.82000 | $73497.06 |
| 21 | 1415006 | CS/6 1415 MULTI SURFACE DISINFECTIN( | 8333 | CS | 06/30/23 | 8.82000 | $73497.06 |

QUANTITY PULLED FROM PO 126292 AND PRICE REDUCED FROM 10.50 TO 8.82 PER CASE.
03/10/21 JVANDE

Please complete the Page 2 of 2 attached confirmation form and email it to jvandevoer@libman.com, or fax it to 217-303-8647.
For purchase orders with future release dates, pre-authorization must be received prior to any shipment beyond the initial release.
Please contact your representative at The Libman Company for approval.

Supplier will be notified of any defective or non-conforming product and will issue a credit for any product agreed for disposition or return for rework. Freight costs and any replacement product delivered will be the Supplier's expense. Any additional costs associated directly as a cause of the defect will be reimbursed to Libman.

Every inbound shipment must include a complete Packing List. Email or fax the Bill of Lading and Invoice at the time of shipment. All documents must reference the appropriate Purchase Order number and Libman item number. All cartons must be marked with the correct Libman item number.

**DELIVERY INSTRUCTIONS:**
Appointments must be made at least 24 hours prior to shipment for all Full Truck Load deliveries by calling 217-268-2146.

**ROUTING INSTRUCTIONS:**
Shipments weighing 100lbs or more or shipping via Less than Truckload (LTL), please contact Libman@jarrettlogistics.com or 833-251-8733.
For all other transportation modes, please contact freight@libman.com.
(Ship address, weight, dimensions, # of packages will be required.)

NOTE: Any excess freight charges will be deducted from the invoice.
Freight paid by Libman requires approval by the Libman traffic department before shipment.

Shipments that do not meet these requirements are subject to a $100 penalty per violation.

| Total gross | : | 1543500.00 |
| Total discount | : | 0.00 |
| Total freight | : | 0.00 |
| Total misc charges | : | 0.00 |
| Total taxt | : | 0.00 |
| Total net amount | : | 1543500.00 |



## PURCHASE ORDER: 127325

The Libman Company
1 Libman Way
Arcola, IL 61910

| Supplier : | CRYSTAL PACKAGING, INC<br>9165 BOSTON STREET<br><br>HENDERSON, CO<br>USA<br><br>3344 | Delivery<br>address | : | The Libman Company<br><br>220 N. Sheldon<br>Arcola, IL 61910<br><br>(217) 268-4200 |
|---|---|---|---|---|

This Purchase number must appear on all correspondence, invoices, packages, labels and shipping paperwork.

| Line | Stock code | Description | Quantity | Uom | Due Date | Unit price | Gross amount |
|---|---|---|---|---|---|---|---|
| 1 | 1416008 | CS/6 1416 MULTI SURFACE DISINFECTING | 60000 | CS | 07/31/23 | 10.92000 | $646000.00 |

FEBRUARY 2021 VOLUME PULLED OFF OF PO 126282. PRICE CHANGE FROM 10.60 T
10.92 PER CASE.
MOVED TO END OF ALL ORDERS. 03/10/21 JVANDE

Please complete the Page 1 of 1attached confirmation form and email it to jvandeveer@libman.com, or fax it to 217-303-8647.
For purchase orders with future release dates, pre-authorization must be received prior to any shipment beyond the initial release.
Please contact your representative at The Libman Company for approval.

Supplier will be notified of any defective or non-conforming product and will issue a credit for any product agreed for disposition or return for
rework. Freight costs and any replacement product delivered will be the Supplier's expense. Any additional costs associated directly as a
cause of the defect will be reimbursed to Libman.

Every inbound shipment must include a complete Packing List. Email or fax the Bill of Lading and Invoice at the time of shipment. All
documents must reference the appropriate Purchase Order number and Libman item number. All cartons must be marked with the correct
Libman item number.

DELIVERY INSTRUCTIONS:
Appointments must be made at least 24 hours prior to shipment for all Full Truck Load deliveries by calling 217-268-2146.

ROUTING INSTRUCTIONS:
Shipments weighing 100lbs or more or shipping via Less than Truckload (LTL), please
contact Libman@jarrettlogistics.com or 833-251-6733.
For all other transportation modes, please contact freight@libman.com.
(Ship address, weight, dimensions, # of packages will be required.)

NOTE: Any excess freight charges will be deducted from the invoice.
Freight paid by Libman requires approval by the Libman traffic department before shipment.

Shipments that do not meet these requirements are subject to a $100 penalty per violation.

| Total gross | : | 646000.00 |
|---|---|---|
| Total discount | : | 0.00 |
| Total freight | : | 0.00 |
| Total misc charges | : | 0.00 |
| Total tax | : | 0.00 |
| Total net amount | : | 646000.00 |