# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02296-RMR

CRYSTAL PACKAGING, INC
    Plaintiff(s),

v.

THE LIBMAN COMPANY
    Defendant(s).

---

## STIPULATION OF DISMISSAL

---

Plaintiff CRYSTAL PACKAGING, INC and Defendant THE LIBMAN COMPANY pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all claims against Defendant are hereby dismissed with prejudice.

DATED at Denver, Colorado this March 14, 2022

s/Brett R. Lilly
Brett R. Lilly
Brett R. Lilly, LLC
6730 West 29th Avenue
Wheat Ridge CO  80214
303-233-0973
brettlilly@comcast.net

s/Scott A. Hale
Scott A. Hale
Scott A. Hale, P.C.
3333 S. Bannock Street, Ste. 1015
Englewood, CO 80110
sahale@integra.net

1

Attorneys for Plaintiff

s/Suneeta Hazra
Eliseo R. Puig
ARNOLD & PORTER
KAYE SCHOLER LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
303.863.1000
suneeta.hazra@amoldporter.com
eliseo.puig@amoldporter.com

Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on this March 14, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Suneeta Hazra
Eliseo R. Puig
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
303.863.1000
suneeta.hazra@amoldporter.com
eliseo.puig@amoldporter.com


s/Brett R. Lilly